```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07
```

COTE, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
STEVEN TURNER,                      :
                                    :   07 Civ. 101 (DLC) (DCF)
              Plaintiff,            :
                                    :   **STIPULATION AND**
     - against -                    :   **ORDER OF DISMISSAL**
                                    :
ALEXANDRA INVESTMENT MANAGEMENT,    :
LLC,                                :
                                    :
              Defendant.            :
                                    :
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties, that this action, having been amicably resolved, is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41, the parties to bear their own costs and attorneys' fees.

Dated: October 18, 2007

MORELLI RATNER P.C.                     EPSTEIN BECKER & GREEN, P.C.

By: _____             By: _____
David Ratner                            Barry Asen
Martha McBrayer (MM-7097)               Anna A. Cohen
950 Third Avenue, 11th Floor            250 Park Avenue
New York, New York 10022                New York, New York 10177-1211
Tel: (212) 751-9800                     (212) 351-4500
Attorneys for Plaintiff                 Attorneys for Defendant

The Clerk shall close the case.

SO ORDERED: _____     Dated: October 19, 2007
            Denise Cote, U.S.D.J.